# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

RICKY L. BOWDEN,

Appellant,

v.

J.P. MORGAN CHASE BANK, N.A.,

Appellee.

No. 2D2025-1136

_____

March 13, 2026

Appeal from the County Court for Manatee County; Renee Inman, Judge.

Ricky L. Bowden, pro se.

Drew Linen of RAS LaVrar, LLC, Plantation, for Appellee.


PER CURIAM.

Affirmed.

KELLY, ROTHSTEIN-YOUAKIM, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.